**STATE of Missouri, Respondent,**

v.

**Larry VASSAR, Appellant.**

**No. WD 40667.**

Missouri Court of Appeals,
Western District.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1989.

Application to Transfer Denied
May 16, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

John M. Morris, Jefferson City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of burglary in the first degree, § 569.160, RSMo 1986, two counts of robbery in the first degree, § 569.020, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMo

1986, and from combined sentences totaling fifty (50) years' imprisonment.

Affirmed. Rule 30.25(b).